✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Shawn Decosta Moxam ) | Case No: 3:01cr41/LAC |
| ) | USM No: 05352-040 |
| Date of Previous Judgment: 31 August 2001 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __328__ months **is reduced to** __264 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __40__          Amended Offense Level: __38__
Criminal History Category: __I__          Criminal History Category: __I__
Previous Guideline Range: __292__ to __365__ months   Amended Guideline Range: __235__ to __293__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
   Term of imprisonment of 264 months as to Counts 1 and 2, said terms to run concurrently one with the other.

Except as provided above, all provisions of the judgment dated __31 August 2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   29 April 2008                                s/*L.A. Collier*
                                                                            Judge's signature

Effective Date: _____                Lacey A. Collier, Senior U.S. District Judge
         (if different from order date)                        Printed name and title