# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                      CASE NO. 3:01cr41LAC

SHAWN D. MOXAM

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    MAY 28, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE    on 5/22/2008    Doc.# 165

RESPONSES:

                                          on                  Doc.#

                                          on                  Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          *s/Mary Maloy*

LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 30th day of May, 2008, that:*

*(a) The relief requested is **DENIED. MOOT**.*

*(b) Sentence has been reduced on the Court's motion. (See Doc 164)*

                                                  *s/L.A. Collier*
                                                  ***LACEY A. COLLIER***
                                  *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.