# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                               CASE NO.  3:01CR41 LAC

SHAWN D. MOXAM

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   JUNE 20, 2008

Motion/Pleadings:  JUDICIAL NOTICE (MOTION FOR RECONSIDERATION OF JUDGE'S ORDER OF MAY 30, 2008 (#166), DENYING DEFENDANT'S MOTION FOR REDUCTION OF HIS SENTENCE, PURSUANT TO §3582(c)(2)

Filed by  DEFENDANT PRO SE         on 6/19/08          Doc.# 167

RESPONSES:

\_\_\_\_\_ Stipulated    \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed    \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)        Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 20th day of June, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Note: There is no right to counsel for §3582 motion.*

                                                             *s/L.A. Collier*
                                                          **LACEY A. COLLIER**
                                       *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.