# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case No. 3:01cr41/LAC

SHAWN DECOSTA MOXAM,

    Defendant.
_____/

## **ORDER**

    Before the Court is Defendant's response (doc. 179) to the Court's show cause order issued on August 6, 2008. Defendant attests that he did not receive the May 30, 2008, Order denying his motion to reduce sentence until June 12, 2008. He then promptly filed his motion for reconsideration by placing it in the prison mail on June 16, 2008. Upon the denial of that motion on June 20, 2008, Defendant then filed his notice of appeal; while Defendant failed to certify the date he placed the notice into the prison mail system, the postal date on the envelope appears to read June 23, 2008.

    Because of the vagaries of prison mail delivery and Defendant's own promptness upon receipt of each of the Court orders, the Court finds that Defendant has shown good cause sufficient to justify the grant of an extension of time for his untimely notice of appeal pursuant to Fed.R.App.P. 4(b)(4).

As directed by the Eleventh Circuit, the Clerk is directed to return the file to the Eleventh Circuit for further proceedings.

**ORDERED** on this 27th day of August, 2008.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge
